IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PAMELA BOWDEN MAYO,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2860

Opinion filed January 6, 2015.

An appeal from the Circuit Court for Calhoun County.
Allen L. Register, Judge.

Nancy A. Daniels, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General. Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.